## 66058. GEORGIA POWER COMPANY v. HINSON.

SOGNIER, Judge.

Upon further consideration, we conclude that the application for interlocutory appeal granted previously by order of this court dated December 2, 1982 was improvidently granted.

*Appeal dismissed. Quillian, P. J., and Pope, J., concur.*

DECIDED MAY 3, 1983 —
REHEARING DENIED MAY 11, 1983 —

*Wallace Miller, Jr., J. Thomas Whelchel,* for appellant.
*Jack P. Hutto, Karen M. Krider,* for appellee.